Charles Leroy **CHILDRESS**, Appellant,

v.

**UNITED STATES of America,**
Appellee.

No. 25474.

United States Court of Appeals
Fifth Circuit.

May 16, 1968.

Charles Leroy Childress, pro se.

Jeremiah Handy, Asst. U. S. Atty., San Antonio, Tex., Ernest Morgan, U. S. Atty., Western District of Texas, Jeremiah Handy, Asst. U. S. Atty., San Antonio, Tex., for appellee.

Before TUTTLE and SIMPSON, Circuit Judges, and BREWSTER, District Judge.

PER CURIAM:

The judgment of the trial court denying relief under Section 2255 is affirmed.

**TRINITY UNIVERSAL INSURANCE COMPANY et al., Appellants,**

v.

**ALABAMA GAS CORPORATION,**
Appellee.

No. 24914.

United States Court of Appeals
Fifth Circuit.

May 16, 1968.

Appeal from the United States District Court for the Northern District of Alabama; Seybourn H. Lynne, Judge.

Joseph S. Mead, Mead, Norman & Fitzpatrick, Joseph Mead, Birmingham, Ala., for appellants.

James O. Haley, Reid B. Barnes, James O. Haley, William G. Somerville, Jr., Birmingham, Ala., Lange, Simpson, Robinson & Somerville, Birmingham, Ala., of counsel, for appellee.

Before TUTTLE and SIMPSON, Circuit Judges, and BREWSTER, District Judge.

PER CURIAM:

The judgment is affirmed.

Sally **WERSBA**, Appellant,

v.

**John J. SEILER, Alfred Seiler, Ernest Seiler, Wersba-Seiler, Inc., Wonder Knitting Mills, Inc. and Albert Schlager.**

No. 16639.

United States Court of Appeals
Third Circuit.

Submitted on Briefs Feb. 6, 1968.

Decided May 20, 1968.

Sally Wersba, pro se.

William A. Steckel, Slatington, Pa., for appellees (all except Schlager).

Marshall J. Seidman, Seidman & Rome, Philadelphia, Pa., for appellee Albert Schlager.

OPINION OF THE COURT

Before HASTIE, Chief Judge, and FREEDMAN and VAN DUSEN, Circuit Judges.

PER CURIAM:

On review of this case we find no basis for disturbing the decision of the district court, 263 F.Supp. 838.

The judgment therefore will be affirmed.